UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DAVID W. MILLER | ) | CASE NO. 19-71260-AKM-7 |
| | ) | |
| DEBTOR(S) | ) | |

### TRUSTEE'S REPORT OF POSSIBLE ASSETS AND NOTICE OF PROPOSED ABANDONMENT

Comes now Stacy Wissel, Chapter 7 Trustee herein, and notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to establish a Claims Bar Date at this time.

A completed inventory of the property of the debtor is listed on the Attached Form 1.

The trustee moves that all the property listed in the petition be abandoned as exempt, over encumbered or not otherwise suitable for administration **except** for the following: POTENTIAL STATE AND FEDERAL TAX REFUND FOR 2019.

A report of deposit will be submitted when funds are received for deposit.

DATE: Saturday, November 2, 2019    /s/ Stacy Wissel
Stacy Wissel, Trustee
Attorney Number: 17154-54
Post Office Box 68
Decker, IN 47524-0068
812.882.6452
swissel@sbcglobal.net

Certificate of Service

    I do hereby certify that on Saturday, November 2, 2019, a copy of the foregoing **Trustee's Report of Possible Assets and Notice of Proposed Abandonment** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

    Lloyd Koehler - lloydkoehler@hotmail.com
    U.S.Trustee - ustpregion10.in.ecf@usdoj.gov
    Stacy M. Wissel - tr_wissel_ecf@sbcglobal.net, IN57@ecfcbis.com

    I further certify that on Saturday, November 2, 2019, a copy of the foregoing **Trustee's Report of Possible Assets and Notice of Proposed Abandonment** was mailed by first -class United States Mail, postage prepaid, and properly addressed to the following:

    David Miller
    1509 Cumberland Avenue
    Evansville IN 47712

    BY:__/s/ Stacy Wissel_____
    Stacy Wissel, Trustee
    Post Office Box 68
    Decker, IN 47524
    812.886.6452
    812.886.6522 (fax)
    swissel@sbcglobal.net